**Electronically Filed
Supreme Court
SCWC-17-0000537
13-JAN-2023
01:38 PM
Dkt. 19 ODAC**

SCWC-17-0000537

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

JEFFREY S. LINDNER,
Petitioner/Plaintiff-Appellant,

vs.

JOHN A. DURKEE, individually and as Trustee of the Revocable
Living Trust of John A. Durkee dated April 30, 2003, as amended,
RICHARD WANEK, and BOARD OF DIRECTORS OF THE ALIOMANU ESTATES
COMMUNITY ASSOCIATION,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000537; CASE NO. 5CC141000158)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Plaintiff-Appellant Jeffrey S. Lindner's

Application for Writ of Certiorari filed on November 21, 2022,

is rejected.

DATED: Honolulu, Hawaiʻi, January 13, 2023.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

